# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD BRILEY,** | : | Civil No. 1:20-CV-756 |
| **Plaintiff,** | : | |
| v. | : | |
| **PATRICIA HOWELL, et al.,** | : | (Magistrate Judge Carlson) |
| **Defendants.** | : | |

## ORDER

AND NOW this 26th day of March 2021, in accordance with the accompanying Memorandum Opinion IT IS ORDERED that the motion to dismiss or for partial summary judgment, (Doc. 34), filed by medical defendants, Dr. Rodgers, Mr. Miller, and Correct Care Solutions, is GRANTED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1